McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
AUDREY B. HEMESATH
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $4,887.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $3,220.00 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 1937483152,<br><br>APPROXIMATELY $403.73 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5677962762,<br><br>APPROXIMATELY $1,270.00 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5660726653,<br><br>APPROXIMATELY $3,293.00 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 8833856241,<br><br>APPROXIMATELY $1,428.38 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5213305906,<br><br>APPROXIMATELY $98.95 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 2601845668, | 2:21-MC-00043-KJM-AC<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

| | |
|---|---|
| 1 | APPROXIMATELY $3,328.20 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 8181175400, |
| 2 | |
| 3 | APPROXIMATELY $58.96 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 6636404649, |
| 4 | |
| 5 | APPROXIMATELY $2,120.75 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 2803490131, |
| 6 | |
| 7 | APPROXIMATELY $55.50 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 2693068070, AND |
| 8 | |
| 9 | APPROXIMATELY $2,075.96 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 7472887384, |
| 10 | |
| 11 | |
| 12 | Defendants. |

It is hereby stipulated by and between the United States of America and potential claimant Doo Chul Kim ("claimant"), by and through their respective counsel, as follows:

1. On or about November 25, 2020, claimant filed a claim in the administrative forfeiture proceeding with the Internal Revenue Service-Criminal Investigation ("IRS-CI") with respect to the above-referenced defendant funds (hereafter collectively "defendant funds"), which were seized on August 27, 2020 and September 4, 2020.

2. The IRS-CI has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is February 23, 2021.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April

23, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to April 23, 2021.

Dated: 2/19/2021

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 2/19/2021

/s/ Allen H. Kim
ALLEN H. KIM
Attorney for potential claimant
Doo Chul Kim
3699 Wilshire Blvd., Suite 700
Los Angeles, CA 90010

(Authorized by phone)

**IT IS SO ORDERED**.

DATED:  February 25, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE