1   PHILLIP A. TALBERT
    Acting United States Attorney
2   KEVIN C. KHASIGIAN
    AUDREY B. HEMESATH
3   Assistant U. S. Attorneys
    501 I Street, Suite 10-100
4   Sacramento, CA  95814
    Telephone: (916) 554-2700
5
    Attorneys for the United States
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                2:21-MC-00043-KJM-AC

12              Plaintiff,                   STIPULATION AND ORDER EXTENDING TIME
                                             FOR FILING A COMPLAINT FOR FORFEITURE
13         v.                                AND/OR TO OBTAIN AN INDICTMENT
                                             ALLEGING FORFEITURE
14  APPROXIMATELY $4,887.00 IN
    U.S. CURRENCY,
15
    APPROXIMATELY $3,220.00 SEIZED
16  FROM WELLS FARGO BANK
    ACCOUNT NUMBER 1937483152,
17
    APPROXIMATELY $403.73 SEIZED
18  FROM WELLS FARGO BANK
    ACCOUNT NUMBER 5677962762,
19
    APPROXIMATELY $1,270.00 SEIZED
20  FROM WELLS FARGO BANK
    ACCOUNT NUMBER 5660726653,
21
    APPROXIMATELY $3,293.00 SEIZED
22  FROM WELLS FARGO BANK
    ACCOUNT NUMBER 8833856241,
23
    APPROXIMATELY $1,428.38 SEIZED
24  FROM WELLS FARGO BANK
    ACCOUNT NUMBER 5213305906,
25
    APPROXIMATELY $98.95 SEIZED
26  FROM WELLS FARGO BANK
    ACCOUNT NUMBER 2601845668,
27

28

                                        1

1  APPROXIMATELY $3,328.20 SEIZED
   FROM WELLS FARGO BANK
2  ACCOUNT NUMBER 8181175400,

3  APPROXIMATELY $58.96 SEIZED
   FROM WELLS FARGO BANK
4  ACCOUNT NUMBER 6636404649,

5  APPROXIMATELY $2,120.75 SEIZED
   FROM WELLS FARGO BANK
6  ACCOUNT NUMBER 2803490131,

7  APPROXIMATELY $55.50 SEIZED
   FROM WELLS FARGO BANK
8  ACCOUNT NUMBER 2693068070, AND

9  APPROXIMATELY $2,075.96 SEIZED
   FROM WELLS FARGO BANK
10 ACCOUNT NUMBER 7472887384,

11
                    Defendants.
12

13       It is hereby stipulated by and between the United States of America and potential claimant Doo

14  Chul Kim ("claimant"), by and through their respective counsel, as follows:

15       1.      On or about November 25, 2020, claimant filed a claim in the administrative forfeiture

16  proceeding with the Internal Revenue Service-Criminal Investigation ("IRS-CI") with respect to the

17  above-referenced defendant funds (hereafter collectively "defendant funds"), which were seized on

18  August 27, 2020 and September 4, 2020.

19       2.      The IRS-CI has sent the written notice of intent to forfeit required by 18 U.S.C. §

20  983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the

21  defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim

22  to the defendant funds as required by law in the administrative forfeiture proceeding.

23       3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

24  forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are

25  subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture

26  proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.

27  That deadline was February 23, 2021.

28       4.      By Stipulation and Order filed February 25, 2021, the parties stipulated to extend to April

                                    2
                                                    Stipulation and Order to Extend Time

23, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.      By Stipulation and Order filed May 3, 2021, the parties stipulated to extend to June 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6.      By Stipulation and Order filed June 24, 2021, the parties stipulated to extend to August 20, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7.      By Stipulation and Order filed August 24, 2021, the parties stipulated to extend to October 19, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 17, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

9.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to December 17, 2021.

Dated: 10/17/2021                                    PHILLIP A. TALBERT
                                                    Acting United States Attorney

                                            By:     /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
                                                    Assistant U.S. Attorney

Dated: 10/17/2021                                   /s/ Allen H. Kim
                                                    ALLEN H. KIM
                                                    Attorney for potential claimant
                                                    Doo Chul Kim

                                                    (Authorized by email)

        **IT IS SO ORDERED**.

DATED:  October 19, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE