PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:21-MC-00043-KJM-AC |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF ELECTION |
| APPROXIMATELY $4,887.00 IN U.S. CURRENCY, ET AL., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the United States elected not to file a complaint for forfeiture against the defendant assets. Accordingly, this miscellaneous case may be closed.

Dated: 2/15/2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney